IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                                          CASE NO.: 09-32402
    GEBERT, TERRY GENE, JR
    GEBERT, TONYA SUE                                          CHAPTER 7

        Debtor(s).

_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS
## PURSUANT TO 11 U.S.C. §347

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 3 | Compass Bank<br>P. O. Box 10566<br>Birmingham, AL 35296 | $208.77 |

The check was mailed to the creditor at the above address on January 25, 2011. The check was never cashed nor returned to the Trustee. A stop payment has been issued on this check.

                        /s/ Karin A. Garvin
                        Karin A. Garvin, Trustee
                        FL Bar No. 0106933
                        1801 W. Garden St.
                        Pensacola, FL  32502
                        850-437-5577/850-437-5250 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL  32301 on the date this document was filed with the Court. *Note: for verification of the date of service, please check the docket entry for this document.*

                        /s/ Karin A. Garvin